RANDY GROSSMAN
United States Attorney
ROBERT J. MILLER
Assistant U.S. Attorney
Pennsylvania Bar No. 309258
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8403
Fax: (619) 546-0510
Email: robert.miller4@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO SALAZAR II (1),<br><br>Defendant. | Case No.: 22-CR-216-JLS<br><br>Date: April 21, 2023<br>Time: 9:00 am<br><br>**THE UNITED STATES' SENTENCING SUMMARY CHART AND MOTION UNDER USSG § 3E1.1(b)** |

    The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, RANDY GROSSMAN, United States Attorney, and ROBERT J. MILLER, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart and Motion under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: April 14, 2023

Respectfully submitted,

RANDY GROSSMAN
United States Attorney

*/s/ ROBERT J. MILLER*
ROBERT J. MILLER
Assistant U.S. Attorney
United States of America

SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: April 21, 2023

USPO ____
AUSA  X
DEF  ____

Defendant's Name: Roberto SALAZAR II             Docket No.: 22-CR-216-JLS
Attorney's Name: Robert J. Miller                Phone No.: (619) 546-8403
Guideline Manual Used: November 2021             Agree with USPO Calcs.   N

| | |
|---|---|
| Base Offense Level(s): USSG § 2D1.1 (Converted Drug Weight 195.857 kg) | 38 |
| Specific Offense Characteristics: Importation of Meth. - USSG § 2D1.1(b)(5) | +2 |
| Aggravating Role Enhancement - USSG § 2D1.1(b)(16)(C) | +2* |
| Aggravating Role - USSG § 3B1.1(b) | +3 |

Adjusted Offense Level:
☒ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]   -3

Total Offense Level:   42
Supervised Release Range (based on Total Offense Level):   3 to 5 years
Fine Range (based on Total Offense Level):   $ 50,000 to $ 10,000,000

Criminal History Score:   1
Criminal History Category:   I
☐ Career Offender   ☐ Armed Career Criminal

Guideline Range:                                     from 360 mths
(Range limited by: ☐ minimum mand.  ☐ statutory maximum)   to life mths

Departures:
Combination of Circumstances - USSG § 5K2.0                                     -2
Resulting Guideline Range: Adjusted Offense Level:   40      from 292 mths
                                                              to 365 mths

RECOMMENDATION:   210 mos. in custody**; 5 yrs' S/R

*Role: Defendant was a manager in criminal activity that involved five or more participants.
**Variance: The United States recommends a downward variance equivalent to three levels under 18 U.S.C. § 3553(a) in light of Defendant's lack of criminal history, service in the U.S. Marine Corps, family obligations, rehabilitative potential, and to avoid unwarranted disparities.

03/2023