**ANDREW K. NIETOR**
California Bar No. 208784
750 B St., Ste. 2330
San Diego, California  92101
Telephone:  (619) 794-2386

Attorney for Defendant Roberto Salazar II

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22CR0216-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT'S |
| | ) | SENTENCING EXHIBITS |
| ROBERTO SALAZAR II, | ) | |
| | ) | Sentencing Hearing: April 21, 2023 |
| Defendant. | ) | 9:00 a.m. |
| _____ | ) | |

TO:   RANDY S. GROSSMAN, UNITED STATES ATTORNEY,
        ROBERT J. MILLER, ASSISTANT UNITED STATES ATTORNEY,
        JENNY M. TYSON, UNITED STATES PROBATION OFFICER.

   The defendant, Roberto Salazar, by and through his attorney, Andrew K. Nietor, files the following letters of support and pictures.

                                        Respectfully submitted,

DATED: April 18, 2023                   /s/ Andrew Nietor
                                        ANDREW K. NIETOR
                                        Attorney for Mr. Salazar

April 9, 2023

Your Honor,

Hello my name is Carmen Salazar, I am the mother of Roberto Salazar. I wanted to start off by sharing a little bit of my son as a child. He is my second born child and as a baby it seemed he was always sick. At 18 months he was hospitalized with a rare virus, he was in ICU for three long days. At age 4 he again was hospitalized for the removal of his tonsils due to always having an infected throat and ears. He was a very shy little boy. He then started school and he seemed to blossom into this beautiful young boy in the way of being well behaved in school. He received many awards in math and reading beyond his age.  He was part of pop warner football team. He had many friends and was a great student and son.

At the age of ten every thing changed for us as a family. On August of 2005 his father was deported to Mexico. For us as a family it was a culture shock as we settled into Tijuana to try to make the best of it. For my son, Roberto, it was like an adventure. Something new, he has always tried to see the good side of everything no matter how bad it was. He learned Spanish throughout the years, he made many friends was very active in the church youth group and worship team. At the young age of 10 he took it upon himself to learn how to play the drums and before we knew it he was the lead on the drums on the worship team. Being in the youth group he served his community by giving back with cleanup around his neighborhood. Fundraising to help those youth with low income to attend church retreats. He was also part of the evangelism team that would go out and feed the homeless. With this being said your Honor my son has a great heart for others especially the addict. Being a son of an addict he knows first hand the struggles. He will give the shoes off his feet if he sees someone in need.

After his sister passed in January 2017 being an active duty Marine, my son made me proud and joined the Marine Corp in memory of his late sister, which it was her dream to see her brother on a better path away from bad influences. On  August 8, 2017 he became a  father while still being an active duty Marine. Even though the relationship with the mother of the child didn't work out he took it upon himself to take full responsibility and custody of his 2 year old daughter. That is when I saw my son become a man. Being a full time dad and Marine didn't come easy

to him but he never gave up. Once he sets his heart and mind on something he does whatever it takes to accomplish it. So that is what happened with him becoming a single father. He stepped up. He would wake up early to get his daughter ready for daycare, when I wasn't able to help out. He would comb her hair, dress her, feed her, pick her up from daycare come home and get her ready for bed and another day. He amazed me on how good a father he was. He is a great father and provider for his now 5 year old daughter Valerie Juliette Salazar.

So your Honor it saddens my heart to see my granddaughter grow up without her dad. I know the choices he made are not good ones but your Honor I pray that you can see a bright young father trying to be the best he can be for his daughter which he misses so much everyday. It's been over a year since he has had physical contact with his little girl, it just breaks my heart for both of them. As my son awaits his sentencing he has shared his remorse for his actions and decisions that indirectly affected his daughter's life. He is very ashamed and sorry for staining the legacy of his late sister.

With this said your Honor as his mother I would like to ask you for leniency when it comes to his sentencing. Please consider that he is remorseful for his actions as a father, son and a Marine. I pray that you would grant him an opportunity to see his daughter grow up, I know your Honor without a doubt that the seed that was planted in him at an early age, and just like the word of God says, it will give much fruit. His daughter needs her father your Honor, I know this will be put behind him and he will use it for God's glory. It will become part of his testimony to so many young men going down the same path.

Your Honor I'd like to close off this letter sharing with you my feelings as a mother who has lost a child that he is my only child left and it breaks my heart not being able to hug him or have him home for the holidays. Thank you so much for taking the time to read my letter on my sons behalf. Please feel free to contact me (619) 678-7277 with any questions or concerns you may have.

God bless you,

Carmen Salazar

March 31, 2023

To whom it may concern

I, Elaine Mora, write this character letter for Robert Salazar, I have the pleasure of knowing him since he was 13 years old. As we were members of the same church my fondest memories are of young Mr. Salazar playing the drums and base guitar in our church's worship team and being a vibrant part of our youth group.

Mr. Salazar is a single father who has seen financial and emotional hardships through the separation of his family, but that did not stop Mr. Salazar.  Following his father's and his late sister's footsteps in joining the Marine Corp, knowing that would cause a greater burden and separation due to his deployments as a Marine.  But hardships have been nothing new to this young Marine, father and son.  As difficult moments were part of his life due to his father's addiction after military service and frequent incarceration which further lead to his father's deportation and family relocation to Tijuana, Mexico at the young age of 10.

But regardless of all this, I believe Mr. Salazar can be a great testimony to the word of God in Proverbs 22:16, train up a child in the way he should go, even when he is old he will not depart from it. The seed has been planted in his heart and I believe it will give much fruit.  Thus Mr. Salazar serves a God of second chances and I hope you find it in your heart also to give this young man second opportunity.

Thank you for your time, feel free to contact me at (562) 332-8068 for any further help I can be.

God bless you,
Elaine Mora

Jose Alexis Trejo Ramirez

March 20, 2023

Re: Roberto Salazar

To whom it may concern,

My name is Jose Alexis Trejo Ramirez, I am currently a full time underground pool technician and a half time student at Valencia College where I'm studying to obtain a Criminal justice Degree. It is my pleasure to write this reference letter for Roberto Salazar. I have known Salazar since 2018 from the Marine Corps where we became good friends, specifically when we stared our training at Marine Corps Air Ground Combat center Twentynine palms, CA. Later on in 2019 we both were station at Marine Corps Air station Miramar San Diego, CA. Salazar has always been an excellent friend and considerably my brother in Arms who has always been generous in and out of the Marine Corps, at good and bad times.
I have yet to notice any concerns or doubts of this gentleman and Father who we speak about today, Salazar has been know for his hard work and labor in almost about everything he does. He's not only a good friend or brother but a great father to his child, who he has kindly taken care of; as well as the kind of helpful and kind person he is to his friends and family.
I am fully aware of Salazar current situation and has not changed my views on Salazar.


Sincerely,


Jose Alexis Trejo Ramirez







